# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16-CR-2273-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS** |
| PHILIP RANDOLPH LILIEN, | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA, without opposition, This case is HEREBY DISMISSED WITH PREJUDICE in its entirety.

**IT IS SO ORDERED**

DATED: November 22, 2016

_____
The Honorable Cathy Ann Bencivengo
United States District Judge